JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| GoEco LED LLC, a California limited liability company,<br><br>                              Plaintiff,<br><br>v.<br><br>Specialty Lighting Group, LLC., a Connecticut limited liability company, and Does 1 through 25,<br><br>                              Defendants. | **CASE NO. 8:18-cv-00609-CJC (DFMx)**<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITHOUT PREJUDICE**<br><br>Complaint Filed: April 17, 2018<br>Complaint Served: May 17, 2018<br>Initial Response Date: June 7, 2018<br>Current Response Date: September 7, 2018<br><br>Assigned: Hon. Cormac J. Carney |

# ORDER

Based upon stipulation of counsel, and for good cause appearing, this action is DISMISSED WITHOUT PREJUDICE, pursuant to the tolling and interest terms stipulated to by the parties.

**IT IS SO ORDERED.**

Dated: September 10, 2018

_____
Hon. Cormac J. Carney
United States District Court Judge